UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | * | **CIVIL ACTION** |
| Plaintiff | * | NUMBER:  19-10682 |
| v. | * | JUDGE |
| **0.033 ACRES of LAND, MORE or LESS, SITUATED in PARISH of PLAQUEMINES STATE of LOUISIANA, and ESTATE of GEORGIANNA TURNER, ET AL** | * * | MAGISTRATE TRACT NO. 626E |
| | * | |
| Defendants | | |
| * | * | * |

## COMPLAINT IN CONDEMNATION

1. This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2. The uses for which the property is to be taken and the authority for the taking are set forth in Schedule "A" annexed hereto and made a part hereof.

3. The property to be taken, the estates to be taken and the names and addresses of the persons having or claiming an interest in said property are described in Schedules "B", "C", "D", "E",  "F"and "G" annexed hereto and made a part hereof.

4. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

**WHEREFORE**, Plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

    Respectfully submitted,

    PETER G. STRASSER
    UNITED STATES ATTORNEY

    */s/ Glenn K. Schreiber*
    GLENN K. SCHREIBER
    Assistant United States Attorney
    U.S. Attorney's Office (E.D. La.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3093
    Fax: (504) 680-3174
    glenn.schreiber@usdoj.gov

SCHEDULE A

<u>Tract No. 626E</u>

**AUTHORITY FOR THE TAKING:**

The authority for the taking of the interest in land is under and in accordance with 40 U.S.C. § 3113 and 3114; 33 U.S.C. §§ 591 and 594; and 33 U.S.C. § 701n, which authorizes the repair and rehabilitation of any flood control work threatened or destroyed by flood; Section 203 of the Flood Control Act of 1962, Pub. L. No. 87-874, 76 Stat. 1173, which authorized the hurricane protection project on the Mississippi River Delta at and Below New Orleans, Louisiana, now known as the New Orleans to Venice Hurricane Protection Project; and Chapter 3 of Title I of Division B of the Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Pub. L. No. 109-148, 119 Stat. 2680, 2762-2763, which Act made funds available for such purposes.

SCHEDULE B

Tract No. 626E

**PUBLIC USES:**

The public uses for which said interest in land is taken are as follows:

Said interest in land is necessary for the construction, repair and rehabilitation of the New Orleans to Venice Hurricane Protection Project, Westbank River Levee, Plaquemines Parish, Louisiana, and for such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE C

Tract No. 626E

**LEGAL DESCRIPTION:**

  **A TRACT OF LAND** designated as Tract No. 626E, together with any and all buildings, improvements and appurtenances thereon, located in Section 42, Township 19 South, Range 28 East, Plaquemines Parish, Louisiana, and being a portion of a right of way to be acquired to accommodate construction of the New Orleans to Venice Hurricane Protection Project, being more particularly described as follows:

  For a POINT OF REFERENCE (P.O.R.), commence at the U. S. Corps of Engineers Buras Levee District baseline monument at Station 388+86.72, having coordinate values of x=3814378.7290 and y=351840.2474, thence run South 79 degrees, 00 minutes, 27 seconds East along said Buras Levee District baseline a distance of 2092.87 feet to a point, thence run South 22 degrees, 58 minutes, 34 seconds West a distance of 107.85 feet to the POINT OF BEGINNING (P.O.B.), having coordinate values of x=3816391.8857 and y=351343.7415.

  From the POINT OF BEGINNING, run South 79 degrees, 09 minutes, 37 seconds East, a distance of 98.67 feet; thence run South 22 degrees, 58 minutes, 34 seconds West, a distance of 14.85 feet; thence run North 79 degrees, 08 minutes, 53 seconds West, a distance of 98.66 feet; thence run North 22 degrees, 58 minutes, 34 seconds East, a distance of 14.82 feet to the point of beginning.

  The above described tract contains **0.033 acres, more or less**.

  Being part of the same property acquired by GEORGIANNA TURNER, wife of/and ROOSEVELT WILLIAMS from CHARLES S. POTTER, by Act of Sale dated December 8, 1944, registered in COB 113, folio 211, in the records of Plaquemines Parish, Louisiana.

## SCHEDULE D

### Tract No. 626E



SCHEDULE E

Tract No. 626E

**ESTATE TAKEN:**

A perpetual and assignable right and easement to construct, maintain, repair, operate, patrol and replace a flood protection levee, including all appurtenances thereto; reserving, however, to the owners, their heirs and assigns, all such rights and privileges in the land as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

SCHEDULE F

Tract No. 626E

**ESTIMATE OF JUST COMPENSATION:**

The estimated just compensation to be deposited in the Registry of the Court: Four Thousand and no/100 dollars ($4,000).

SCHEDULE G

Tract No. 626E

**NAMES AND ADDRESSES OF INTERESTED PARTIES:**

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Georgianna Turner
*aka* Georgianna Turner Williams
Address Unknown

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Roosevelt Williams
Address Unknown

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Mitchell Parker, Sr.
*aka* Mitchell Turner
Address Unknown

Dionne Parker Smith
2309 Westmere Street
Harvey, Louisiana 70058

Lisa Parker DuPont
*aka* Lisa Marie DuPont
8614 Grant Street
New Orleans, Louisiana 70127

Mitchell Parker, Jr.
2496 Paige Jeanette Drive
Harvey, Louisiana 70058

Tyrone Parker
3440 Florence Avenue
New Orleans, Louisiana 70114

Terrell B. Parker, Sr.
1621 Lincoln Avenue
Marrero, Louisiana 70072

Tregg C. Parker, Sr.
2520 Oakmere Drive
Harvey, Louisiana 70058

Kenneth M. Parker, Sr.
*aka* Kenneth Parker
144 Villary Street A
Belle Chasse, Louisiana 70037

Stacey Jo Parker
5236 Timber Haven Lane
New Orleans, Louisiana 70131

Patty Lynn Parker
*aka* Patty Parker
5236 Timber Haven Lane
New Orleans, Louisiana 70131

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Carolyn Parker
Address Unknown

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Allen Ducro
*aka* Allen Ducro, Sr.
Address Unknown

Joycelyn Ducro Mackey
1204 Coteau Rodaire
Arnaudville, Louisiana 70512

Patsy Ducro Barnes
*aka* Patsy Ducro
29620 Highway 11
Port Sulphur, Louisiana 70083

Allen Melvin Ducro
*aka* Allen Ducro, Jr.
29564 Highway 11
Port Sulphur, Louisiana 70083

Warner Mae Ducro Rogers
*aka* Warner Ducro Rogers
511 Omega Street, Apt. A
Belle Chasse, Louisiana 70037

Leonard Ducro
29564 Highway 11
Port Sulphur, Louisiana 70083

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Everette Ducro, Sr.
*aka* Avero Ducro
Address Unknown

Everette J. Ducro, Jr.
168 St. Joseph Drive
Port Sulphur, Louisiana 70083

Chad Ducro, Sr.
*aka* Chad A. Ducro
1015 Shelton Avenue
New Iberia, Louisiana 70560

Adonis Ducro
196 River Oaks Drive
Port Sulphur, Louisiana 70037

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Vivian Williams Williamson
Address Unknown

Rhonda Williamson Riley
2200 Guardian Avenue
Terrytown, Louisiana 70056

Roosevelt J. Williamson
132 Villary Street #C
Belle Chasse, Louisiana 70037

SCH G, Page 3

Irvin P. Williamson, Jr.
*aka* Irvin P. Williamson, III
*aka* Irvin P. Williamson
132 Villary Street #C
Belle Chasse, Louisiana 70037

Cassandra Williamson Laurant
132 Villary Street #C
Belle Chasse, Louisiana 70037

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Doris Williams
Address Unknown

Emery Kent Williams
3417 Bryson Street
New Orleans, Louisiana 70131

Carzell Vigil Williams
161 Boutte Estates Drive
Boutte, Louisiana 70039

Endora W. Prout
*aka* Endora Williams
30 Natchez Trace Drive
Harvey, Louisiana 70058

Letrice Williams Small
*aka* Letrice Williams
1912 Bradford Place
Harvey, Louisiana 70058

Carolyn Williams Hall
*aka* Carolyn Williams
85 Trinity Street, Apt. 609
Austin, Texas 78701

Emelda LaFrance Williams
24536 Diamond Road
Port Sulphur, Louisiana 70083

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Herbert Williams
Address Unknown

Gordon J. Williams
3008 Wildwood Street, Apt. B
Victoria, Texas  77901

Jeanette Williams Jones
405 Martin Luther King Drive
Bunkie, Louisiana  71322

Joshlyn T. Williams
1728 Robert E. Lee Street
Malvern, Arkansas  72104

Tommye R. Williams
732 Fielding Avenue
Terrytown, Louisiana  70056

Timothy L. Williams
2652 Highland Drive West
Gretna, Louisiana  70056

Tanya R. Williams
732 Fielding Avenue
Gretna, Louisiana  70056

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Alvin Williams
Address Unknown

Leslie Helaine Williams
2601 Highland Meadows Drive West
Marrero, Louisiana  70072

Lynn Williams Ingraham
187 Camelia Drive
Port Sulphur, Louisiana  70083

Harold Williams
12825 Stanford Avenue
Los Angeles, California 90059

Joyce Williams Ingraham
*aka* Joyce Ingraham
747 N. Eucalyptus Avenue, Apt. 4
Inglewood, California 90302

Unknown Owners

| | |
|---|---|
| Plaquemines Parish Government<br>c/o President Amos Cormier, Jr.<br>8056 Highway 23<br>Suite 308<br>Belle Chasse, Louisiana 70037 | Commandeering Authority |
| Sheriff & Ex-Officio Tax Collector<br>Parish of Plaquemines<br>302 Main Street<br>Belle Chasse, Louisiana 70037 | Taxing Authority |

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
0.033 Acres of Land, More or Less, Situated in Parish of Plaquemines, State of Louisiana, and Estate of Georgianna Turner, et al.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Plaquemines
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Glenn K. Schreiber, AUSA
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street, 16th Floor
New Orleans, LA 70130
(504) 680-3093

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*
(not applicable)

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**REAL PROPERTY**
- [X] 210 Land Condemnation

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rule 71A, Fed.R.Civ.P. and the 5th Amendment of the Constitution per 28 USC Sec. 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 05/24/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Glenn K. Schreiber

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse  (Rev. 09/11)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause **Do not cite jurisdictional statutes unless diversity**.        Example:        U.S. Civil Statute: 47 USC 553
                                                                Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.